921 A.2d 954

STATE OF NEW JERSEY, PLAINTIFF, v. PORFIRIO
JIMENEZ, DEFENDANT–MOVANT.

December 8, 2006.

It is ORDERED that the motion for clarification is granted, and the parties shall file supplemental briefs on the question of the unanimity of the jury verdict in the special proceeding addressing defendant's mental retardation.